**Dismiss and Opinion Filed November 7, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00584-CV**

**ROBERT EOFF, Appellant**
**V.**
**RAMIRO LOSOYA JR, Appellee**

**On Appeal from the 469th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 469-51611-2024**

## MEMORANDUM OPINION

Before Justices Reichek, Nowell, and Carlyle
Opinion by Justice Nowell

Appellant's brief in this appeal is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without the reporter's record and for appellant's brief to be filed by October 17, 2024. By postcard dated October 18, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b),

(c).


240584f.p05                          /Erin A. Nowell/
                                     ERIN A. NOWELL
                                     JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ROBERT EOFF, Appellant

No. 05-24-00584-CV      V.

RAMIRO LOSOYA JR, Appellee

On Appeal from the 469th Judicial District Court, Collin County, Texas Trial Court Cause No. 469-51611-2024.
Opinion delivered by Justice Nowell. Justices Reichek and Carlyle participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 7th day of November, 2024.